UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DELAMS MICHAEL HARRIS, | ) |
| Petitioner, | ) Case No. EDCV 07-1275-GW (AJW) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| BENN CURRY, Warden, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: Sept. 10, 2008

George H. Wu
United States District Judge