UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DELAMS MICHAEL HARRIS,<br><br>        Petitioner,<br><br>    v.<br><br>BENN CURRY, Warden,<br><br>        Respondent. | No. EDCV 07-1275-GW(AJW)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: Sept. 10, 2008

George H. Wu
United States District Judge